UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JAMES EDWARD GREEN** | **CIVIL ACTION** |
| versus | **NO. 12-2090** |
| **WARDEN BURL CAIN** | **SECTION: "J" (3)** |

### O R D E R

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that the petition for federal *habeas corpus* relief filed by **James Edward Green** is **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, this __10th__ day of __February__, 2015.

UNITED STATES DISTRICT JUDGE